**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>      **Plaintiffs,**<br><br>         **v.**<br><br>**APPLE INC.,**<br><br>      **Defendant.** | **Civil Action No. 2:15-cv-287-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**APPLE INC.'S JURY DEMAND**

Defendant Apple Inc. demands a trial by jury on all issues so triable pursuant to Federal

Rule of Civil Procedure 38.

Respectfully submitted,

April 22, 2015

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

Michael E. Jones
State Bar No. 10929400
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311
mikejones@potterminton.com

***Attorneys for Defendant Apple Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of April, 2015, a true and correct copy of the foregoing document has been served via the Court's ECF system to all counsel of record.

*/s/ Melissa R. Smith*
Melissa R. Smith