**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>　　　　　**Plaintiffs,**<br><br>　　　　　**v.**<br><br>**APPLE INC.,**<br><br>　　　　　**Defendant.** | **Civil Action No. 2:15-cv-287-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Defendant Apple Inc. ("Apple") hereby certifies that Apple has no parent corporation and that no publicly held company owns more than 10% of Apple's outstanding common stock.

- 2 -

|  |  |
|---|---|
|  | Respectfully submitted, |
| April 22, 2015 | */s/ Melissa R. Smith* |
|  | Melissa R. Smith |
|  | State Bar No. 24001351 |
|  | GILLAM & SMITH, LLP |
|  | 303 S. Washington Avenue |
|  | Marshall, TX 75670 |
|  | (903) 934-8450 |
|  | melissa@gillamsmithlaw.com |
|  |  |
|  | Michael E. Jones |
|  | State Bar No. 10929400 |
|  | POTTER MINTON, P.C. |
|  | 110 N. College Ave., Suite 500 |
|  | Tyler, TX 75702 |
|  | (903) 597-8311 |
|  | mikejones@potterminton.com |
|  |  |
|  | ***Attorneys for Defendant Apple Inc.*** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2015 a true and correct copy of the foregoing Defendant Apple Inc.'s Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 was served by ECF upon all counsel of record for Ericsson Inc. and Telefonaktiebolaget LM Ericsson.

*/s/ Melissa R. Smith*
Melissa R. Smith