**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>        Plaintiffs,<br><br>    v.<br><br>**APPLE INC.,**<br><br>        Defendant. | **CIVIL ACTION NO. 2:15-cv-287**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Pursuant to the Court's Standing Order Regarding Readiness for Scheduling Conference, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby notify the Court that Apple Inc. ("Apple") has filed its answer (Dkt. 20) and the above-captioned case is ready for a scheduling conference.

**Pending Motions**

None.

**Patents-in-Suit**

Ericsson has asserted eight patents in this case. Below is a listing of the patents-in-suit:

- U.S. Patent. No. 8,607,130
- U.S. Patent. No. 8,837,381
- U.S. Patent. No. 6,058,359
- U.S. Patent. No. 6,301,556
- U.S. Patent. No. 8,102,805
- U.S. Patent. No. 8,331,476
- U.S. Patent. No. 8,660,270
- U.S. Patent. No. 8,717,996

1

**Previously Filed Eastern District of Texas Cases Involving the Patents-in-Suit**

Two of the patents-in-suit—U.S. Patent. Nos. 6,058,359 and 6,301,556—were involved in prior actions in this District. The case style, the patents, and whether there are trial and/or *Markman* hearing dates in those actions are listed below:

- *Ericsson Inc. et al. v. Samsung Elecs. Co., Ltd. et al.*, No. 6:12-cv-00894-LED (E.D. Tex.)
    - Patents Involved: U.S. Patent Nos. 6,029,052; 6,058,359; 6,278,888; 6,301,556; 6,418,310; 6,445,917; 6,473,506; 6,519,223; 6,624,832; 6,772,215; 8,169,992; 6,029,125; 6,031,832; 6,070,078; 6,418,130; 7,149,510; 7,286,823; 8,023,990; 8,214,710; RE43,931; 6,617,929; 6,767,813; 6,865,682; 7,221,031; 7,342,444; 7,782,749; 8,059,681; 8,165,081; 8,208,438; 8,228,827; 8,315,195; 8,331,328; RE44,105; 5,742,595; 6,164,129; 6,366,570; 6,411,825; 6,801,788; 6,907,048; 6,941,338; 6,999,471; 7,379,478; 8,193,047; 8,351,380; 8,498,255; 8,520,499; 8,520,656
    - Status: Dismissed pursuant to parties' joint motion on January 29, 2014.

- *Ericsson Inc. et al. v. Samsung Elecs. Co., Ltd. et al.*, No. 2:06-cv-00063-TJW (E.D. Tex.)
    - Patents Involved: U.S. Patent Nos. 4,905,234; 5,487,071; 5,757,813; 5,768,267; 5,930,241; 6,058,359; 6,029,125; 6,301,556; 6,473,506; 6,192,335; 6,275,798, 6,452,941; 6,424,938; 6,865,233; 6,502,063; 5,353,332; 5,404,355; 5,870,406; 6,112,102; 6,256,487; 6,400,928; 6,463,107; 6,732,069; 6,907,265; 5,572,622; 7,042,963; 6,387,027; RE38,603; 6,154,652; 6,385,437; 6,493,333; 6,437,714; 6,487,693; 6,493,815; 6,598,202; 6,668,343; 6,728,229; 6,728,233; 6,920,331; 6,751,772; 6,397,367; 5,157,737; 5,031,119; 6,667,731; 6,882,636; 6,920,602; 5,181,209; 6,421,353; 6,928,604
    - Status: Dismissed pursuant to parties' joint motion on July 17, 2007.

An additional action previously in this District, but now transferred, involved U.S. Patent. No. 6,301,556:

- *Ericsson Inc. et al. v. TCL Communication Technology Holdings, Ltd., et al.*, No. 2:15-cv-02370 JAK(JCx) (C.D. Cal.) (transferred from *Ericsson Inc. et al. v. TCL Telecommunication Technology Holdings, Ltd. et al.*, No. 2:14-CV-667-RSP (E.D. Tex.))
    - Patents Involved: U.S. Patent Nos. 6,301,556; 6,473,506; 7,778,340; 7,359,718
    - Status: Transferred to the United States District Court for the Central District of California on January 30, 2015 (Dkt. 87, No. 2:14-CV-667-RSP (E.D. Tex.)).

| | |
|---|---|
| Dated: April 29, 2015 | Respectfully submitted,<br><br>**MCKOOL SMITH, P.C.**<br><br>By: */s/ Kevin L. Burgess*<br>Mike McKool, Jr.<br>Texas State Bar No. 13732100<br>mmckool@mckoolsmith.com<br>Douglas A. Cawley<br>Texas State Bar No. 0403550<br>dcawley@mckoolsmith.com<br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>Christopher Bovenkamp<br>Texas State Bar No. 24078867<br>cbovenkamp@mckoolsmith.com<br>Nicholas Matthews<br>Texas State Bar No. 24085457<br>nmathews@mckoolsmith.com<br>Richard Kamprath<br>Texas State Bar No. 24078767<br>rkamprath@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, Texas  75201<br>Telephone:  (214) 978-4000<br>Telecopier:  (214) 978-4044<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>104 E. Houston Street, Suite 300<br>P.O. Box 0<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9099 |

Kevin L. Burgess, Lead Attorney
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh Budwin
Texas State Bar No. 24006927
jbudwin@mckoolsmith.com
James Quigley
Texas Star Bar No. 24075810
jquigley@mckoolsmith.com
300 W. Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on April 29, 2015.

             /s/ *James E. Quigley*
             James E. Quigley

McKool 1091004v1