# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### Marshall DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By Petoria Bell at 5:51 pm, May 07, 2015

1. This application is being made for the following: Case # 2:15-cv-287

Style/Parties: Ericsson Inc. et al v. Apple Inc.

2. Applicant is representing the following party/ies: Apple Inc.

3. Applicant was admitted to practice in CA;MA;NY (state) on 10/20/2006, 9/13/1994, 1/17/1994 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⦿has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⦿has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⦿has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
See attached list for court admission details

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Mark D. Selwyn do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 05/07/2015      Signature /s/ Mark D. Selwyn      (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Mark D. Selwyn
Bar Number /State 244180/CA; 565595/MA; 2637221/NY
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address/P.O. Box: 950 Page Mill Road
City/State/Zip: Palo Alto, CA 94304
Telephone #: (650) 858-6031
Fax #: (650) 858-6100
E-mail Address: Mark.Selwyn@wilmerhale.com
Secondary E-Mail Address: N/A

This application has been approved for the court on: 5/7/15

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By *Petoria Bell*

Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application

## ATTACHMENT "A"

| COURT | STATE BAR NO. | ADMISSION DATE | ACTIVE/INACTIVE |
|---|---|---|---|
| California | 244180 | 10/20/2006 | Active |
| Massachusetts | 142800 | 1/17/1994 | Active |
| New York State Courts | 2637221 | 9/13/1994 | Active |
| U.S. Court of Appeals for the First Circuit | 33377 | 11/7/1994 | Active |
| U.S. Court of Appeals for the Federal Circuit | | 1/28/2004 | Active |
| U.S.D.C. District Of Massachusetts | | 2/25/1995 | Active |
| U.S.D.C. for the Northern District of California | | 11/14/2006 | Active |
| U.S.D.C. for the Central District of California | | 5/14/2008 | Active |
| U.S.D.C. for the Southern District of California | | 11/28/2006 | Active |