**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**APPLE INC.,**<br><br>　　　　　**Defendant.** | **CIVIL ACTION NO. 2:15-cv-287**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to the Court's Order of May 7, 2015 and the sample Docket Control Order provided by the Court at the parties' May 29, 2015 scheduling conference, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") and Defendant Apple Inc. ("Apple") jointly submit a proposed Protective Order, attached hereto.

| | |
|---|---|
| Dated: June 19, 2015 | Respectfully submitted,<br><br>**MCKOOL SMITH, P.C.**<br><br>By: */s/ Kevin L. Burgess*<br>Mike McKool, Jr.<br>Texas State Bar No. 13732100<br>mmckool@mckoolsmith.com<br>Douglas A. Cawley<br>Texas State Bar No. 0403550<br>dcawley@mckoolsmith.com<br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>Christopher Bovenkamp<br>Texas State Bar No. 24078867<br>cbovenkamp@mckoolsmith.com<br>Nicholas Matthews<br>Texas State Bar No. 24085457<br>nmathews@mckoolsmith.com<br>Richard Kamprath<br>Texas State Bar No. 24078767<br>rkamprath@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>104 E. Houston Street, Suite 300<br>P.O. Box 0<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9099 |

Kevin L. Burgess, Lead Attorney
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh Budwin
Texas State Bar No. 24006927
jbudwin@mckoolsmith.com
James Quigley
Texas Star Bar No. 24075810
jquigley@mckoolsmith.com
300 W. Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**

*/s/ Melissa R. Smith*
Melissa R. Smith
(Texas Bar No. 24001351)
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX  75670
(903) 934-8450
melissa@gillamsmithlaw.com

William F. Lee
(Massachusetts Bar No. 291960)
Joseph J. Mueller
(Massachusetts Bar No. 647567)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
william.lee@wilmerhale.com
joseph.mueller@wilmhale.com

Mark D. Selwyn
(California Bar No. 244180)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000
mark.selwyn@wilmerhale.com

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Ericsson and Apple have discussed the Joint Protective Order. After meeting and conferring by email and phone on the issues, the parties agreed they had reached an agreement on the issues.

/s/ *Josh Budwin*
Josh Budwin

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on June 19, 2015.

/s/ *Josh Budwin*
Josh Budwin